**Opinion issued April 6, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00024-CR

———————————

## IN RE JUAN VIDAL PALLARES, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Juan Vidal Pallares, has filed an amended petition for writ of mandamus requesting that the Court vacate the trial court's purportedly improper amended order for show-cause hearing.[1]  On March 14, 2023, we issued an order, notifying relator that the trial court had dismissed the underlying case and directing relator to either file a motion to dismiss or a response explaining why this original

---

[1] The underlying case is *The State of Texas v. Juan Vidal Pallares*, Cause No. 2440161, pending in the County Criminal Court at Law No. 16 of Harris County, Texas, the Honorable Darrell Jordan presiding.

proceeding was not moot. We further instructed that if a response was not received by March 21, 2023, we would dismiss his petition for writ of mandamus as moot. Relator did not adequately respond to our order.

Accordingly, we dismiss the petition for writ of mandamus as moot. *See In re Bonilla*, 424 S.W.3d 528, 534 (Tex. Crim. App. 2014) (orig. proceeding) ("This Court has dismissed petitions for mandamus on the ground that the relief sought had become moot . . . ."). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.

Do not publish. *See* TEX. R. APP. P. 47.2(b).